UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>JADE LAUREN GILBERT, )<br>)<br>Defendant. ) | 7:24-cr-00157-LSC-GMB |

ORDER

This court has reviewed the Report and Recommendation of the Honorable Gray M. Borden, United States Magistrate Judge, entered on the 16th day of September, 2024, (doc. 22), denying the motion to suppress evidence filed by the Defendant on July 1, 2024. (Doc. 14). In addition, this court has made a *de novo* determination of those findings and portions objected to by the Defendant.

It is ordered that the Report and Recommendation denying the motion to suppress evidence be accepted as entered. This Court **ADOPTS** the report and recommendation as the Order of this Court as if the same were set forth at this point *in extenso*. The objections filed by the Defendant (Doc. 23) are overruled and the motion to suppress the evidence filed by the Defendant on July 1, 2024 (Doc. 14) is **DENIED**.

**DONE** and **ORDERED** on October 10, 2024.

_____
L. Scott Coogler
United States District Judge

160704